UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:03cv217

| | |
|---|---|
| **AUTOMAX SALES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **WORLD WIDE CONSULTING SERVICES, INC,** | ) |
| | CLERK'S ORDER OF DISBURSEMENT |
| Defendant. | ) |

This matter is before the Clerk for purposes of disbursing the bond monies on deposit with the Clerk. This case has been consolidated with lead case 3:03cv126. A bond in the amount of $2,500.00 was posted by Automax Sales Training Consulting, LLC with the District of New Jersey and was transferred to the Clerk for the Western District per the Order of Honorable Stephen M. Orlofsky, U. S. District Judge for the District of New Jersey (see docket entry 1).

An audit of the court's accounts revealed this matter was closed on April 26, 2007, by voluntary dismissal of all parties thus closing the case.

Therefore, the bond in the amount of $2,500.00 shall be returned to Automax Sales Training Consulting, LLC.

So ORDERED this 22nd day of August, 2013.

Signed: August 22, 2013

Frank G. Johns, Clerk
United States District Court